IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MELISSA M. ARREY,**

       **Plaintiff,**   Case No. 2:10-cv-01139-GBW-CG

**v.**

**DOMENICA RUSH, in her official capacity as CEO of SIERRA VISTA HOSPITAL, a New Mexico Corporation; SIERRA VISTA HOSPITAL, a New Mexico Corporation; and RONALD NESTLE, in his individual and official capacities.**

       **Defendant.**

### ORDER GRANTING EXTENSION OF TIME

The Court having considered the Agreed Motion for Extension of Time to Respond to Complaint (Doc. 8),

IT IS HEREBY ORDERED that Defendants are granted an extension of time through January 14, 2011 to answer or otherwise respond to the Complaint.

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

1102207.1