IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELISSA M. ARREY,

    Plaintiff,

v.                                                                 CV 10-1139 GBW/CG

DOMENICA RUSH, in her official
capacity as CEO of Sierra Vista
Hospital; SIERRA VISTA HOSPITAL,
a New Mexico Corporation; and RONALD
NESTLE, in his individual and official
capacities.

    Defendants.


## ORDER EXTENDING TIME FOR EXPERT WITNESS DISCLOSURES

**THIS MATTER** comes before the Court on Plaintiff's *Agreed Motion for Extension of Time to Disclose Experts.* (Doc. 35). The Court, having read the unopposed motion, having reviewed the Scheduling Order, (Doc. 17), and otherwise being fully advised in the premises, **FINDS** good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the deadline for Plaintiff's disclosure of expert witnesses and reports in the manner required by the Scheduling Order is extended to May 24, 2011, and the deadline for Defendants' expert witness disclosures and reports is similarly extended to June 23, 2011. All other dates and deadlines in the Scheduling Order stand.

                                                          THE HONORABLE CARMEN E. GARZA
                                                          UNITED STATES MAGISTRATE JUDGE