IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELISSA M. ARREY,

        Plaintiff,                  Case No. 2:10-cv-01139-GBW-CG

v.

DOMENICA RUSH, in her official capacity as CEO of SIERRA VISTA HOSPITAL, a New Mexico Corporation; SIERRA VISTA HOSPITAL, a New Mexico Corporation; and RONALD NESTLE, in his individual and official capacities.

        Defendant.

## ORDER GRANTING JOINT MOTION RE-SETTING EXPERT WITNESS DEADLINES

**THIS MATTER** comes before the Court on Defendants' *Joint Motion Re-Setting Expert Witness Deadlines.* (Doc. 44). The Court, noting that the motion is unopposed, and otherwise being fully advised in the premises, **FINDS** good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the deadline for Plaintiff's disclosure of expert witnesses and reports in the manner required by the Scheduling Order is extended to June 15, 2011, and the deadline for Defendants' expert witness disclosures and reports is similarly extended to July 15, 2011. All other dates and deadlines in the Scheduling Order, (Doc. 17), stand.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE