## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MELISSA M. ARREY,

           Plaintiff,                Case No.  2:10-cv-01139-GBW-CG

v.

DOMENICA RUSH, in her official capacity
as CEO of SIERRA VISTA HOSPITAL, a
New Mexico Corporation; SIERRA VISTA
HOSPITAL, a New Mexico Corporation;
and RONALD NESTLE, in his individual
and official capacities.

           Defendant.


### ORDER GRANTING JOINT MOTION
### TO EXTEND DISCOVERY DEADLINE

The Court being fully advised, the Joint Motion to Extend Discovery Deadline (Doc. No.

56) is hereby granted, and the discovery deadline is extended through August 19, 2011, and the

deadline for discovery motions is extended through August 26, 2011.


_____

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE