IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELISSA M. ARREY,

        Plaintiff,                Case No.  2:10-cv-01139-GBW-CG

v.

DOMENICA RUSH, in her official capacity
as CEO of SIERRA VISTA HOSPITAL, a
New Mexico Corporation; SIERRA VISTA
HOSPITAL, a New Mexico Corporation;
and RONALD NESTLE, in his individual
and official capacities.

        Defendant.

**ORDER GRANTING JOINT MOTION
TO EXTEND EXPERT DEADLINE**

The Court being fully advised, the Joint Motion to Extend Expert Deadline (Doc. No. 57) is hereby granted, and Defendants' deadline to serve their expert witness report is extended to July 29, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE