## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MELISSA M. ARREY,

               Plaintiff,                    Case No.  2:10-cv-01139-GBW-CG

v.

DOMENICA RUSH, in her official
capacity as CEO of SIERRA VISTA
HOSPITAL, a New Mexico Corporation;
SIERRA VISTA HOSPITAL, a New
Mexico Corporation; and RONALD
NESTLE, in his individual and official
capacities.

               Defendant.

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO EXTEND AND FOR EXAMINATION

**THIS MATTER** has come before the Court for telephonic hearing on August 12, 2011. The Court, having read Defendants' *Motion to Extend Defendants' Expert Witness Deadline and to Allow Examination of Plaintiff*, (Doc. 70), and *Plaintiff's Response to Defendants' Motion to Extend Defendants' Expert Witness Deadline and to Allow Examination of Plaintiff*, (Doc. 77), having heard the arguments of counsel for the parties, and being fully informed on the issues presented, finds good cause to grant in part and deny in part the motion.

**IT IS THEREFORE ORDERED** that the deadline for Defendants to serve their expert's report is extended through August 26, 2011, and Plaintiff's counsel will be permitted to take the deposition of Defendants' expert on or before September 13, 2011. If Defendants' counsel chooses, she may take an additional deposition of Plaintiff

on August 19, 2011 with her expert in attendance.   Defendants' request to require

Plaintiff to appear for an evaluation by Defendants' expert is denied.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE