# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MELISSA M. ARREY,

     Plaintiff,

v.                                                                          CV 10-1139 GBW/CG

DOMENICA RUSH, in her official
capacity as CEO of Sierra Vista
Hospital; SIERRA VISTA HOSPITAL,
a New Mexico Corporation; and RONALD
NESTLE, in his individual and official
capacities.

     Defendants.

## ORDER DENYING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on attorney Lee Deschamp's *Motion for Withdrawal of Lee Deschamps as Co-Counsel for Plaintiff.* (Doc. 85). Pursuant to D.N.M.L.R. 83.8(a), an unopposed motion to withdraw must indicate consent of the client represented by the withdrawing attorney. The pending motion fails to state Melissa Arrey's consent to the withdrawal. For that reason, the *Motion for Withdrawal of Lee Deschamps as Co-Counsel for Plaintiff.* (Doc. 85) is **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE