IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELISSA M. ARREY,

    Plaintiff,

vs.                                            CV 10–1139 GBW/CG

DOMENICA RUSH, in her official capacity
as CEO of Sierra Vista Hospital, a New Mexico Corporation;
SIERRA VISTA HOSPITAL, a New Mexico Corporation; and
RONALD NESTLE, in his individual and official capacities,

    Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

        Defendants Domenica Rush in her official capacity as CEO of Sierra Vista Hospital, a New Mexico corporation, Sierra Vista Hospital, a New Mexico corporation and Ronald Nestle, in his individual and official capacities, having filed an Unopposed Motion to Extend Deadline for Closing Documents (Doc. 138), and the Court being otherwise fully advised, **IT IS HEREBY ORDERED** that the Motion is granted and the deadline is extended through February 10, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE